**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

vs.                           Case No.  3:13-cv-668-J-32MCR

THOMAS C. BRIDGE,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for a Court Order by Default Directing Compliance with an Order Issued by the Securities and Exchange Commission Against Defendant Thomas C. Bridge (Doc. 10), filed on October 30, 2013.  The assigned United States Magistrate Judge issued a Report and Recommendation on November 26, 2013, recommending that the Motion be granted and that Defendant be ordered to comply with the September 29, 2009 order issued by the Securities and Exchange Commission. (Doc. 13.)

Neither party has filed any objections to the Report and Recommendation, and the time in which to do so has passed.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a).  Upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 13), it is hereby

**ORDERED**:

    1.     The Report and Recommendation (Doc. 13) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

    2.     Plaintiff's Motion for a Court Order by Default Directing Compliance with an

Order Issued by the Securities and Exchange Commission Against Defendant Thomas C. Bridge (Doc. 10) is **GRANTED**.

3. Defendant Thomas C. Bridge shall fully comply with the terms and conditions of the September 29, 2009 order issued by Security and Exchange Commission.

4. On or before **February 28, 2014**, Defendant Thomas C. Bridge shall pay disgorgement of $39,808.53, prejudgment interest of $16,665.57, and a civil penalty of $240,000.00, for a total resulting sum of $296,474.10, plus post-judgment interest on this sum at the legal rate from **September 29, 2009**, pursuant to 31 U.S.C. § 3717.

5. The Court retains jurisdiction over this matter as necessary to enforce this Order.

6. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on this 10th day of January, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Thomas C. Bridge
2054 Riverside Ave., #4205
Jacksonville, FL 32204